FILED
CLERK, U.S. DISTRICT COURT
JAN 2 7 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-1201-FMC #31 |
| Plaintiff, | ORDER OF PRETRIAL DETENTION AFTER HEARING |
| v. | (18 U.S.C. § 3142(i)) |
| William Owens | |
| Defendant. | |

I.

This matter is before the court on defendant's application to reconsider this court's 10/21/08 order denying pretrial release and imposing detention pursuant to 18 U.S.C. § 3142(e) ("Defendant's Application").

The Government (✓) is ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety of any person or the community.

II.

A. ( )  The Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of defendant as required;

B. (✓)  The Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

III.

The Court has considered:

A. (✓) the nature and circumstances of the offense(s) charged;
B. (✓) the weight of the evidence against defendant;
C. (✓) the history and characteristics of defendant;
D. (✓) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release;
E. (✓) the Pretrial Services Report/Recommendation;
F. (✓) the evidence proffered/presented at the hearing;
G. (✓) the arguments of counsel.

IV.

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons and the community based on: _nature of instant offense -- possession of methamphetamine & offer to provide firearms; weight of the evidence -- videotaped drug transaction; defendants' [illegible] on rm -- compliance with terms of other courts' orders governing probation_

1  B.  ( ) Defendant poses a serious flight risk based on: _____

2  _____

3  _____

4  _____

5  C.  ( ) A serious risk exists that defendant will:

6      1.  ( ) obstruct or attempt to obstruct justice;

7      2.  ( ) threaten, injure or intimidate a prospective

8           witness or juror or attempt to do so;

9  based on: _____

10 _____

11 _____

12 _____

13 D.  ( ) Defendant has not rebutted by sufficient evidence to

14      the contrary the presumption provided in 18 U.S.C.

15      § 3142(e) that no condition or combination of

16      conditions will reasonably assure the safety of any

17      other person and the community;

18 and/or

19 ( ) Defendant has not rebutted by sufficient evidence to

20      the contrary the presumption provided in 18 U.S.C.

21      § 3142(e) that no condition or combination of

22      conditions will reasonably assure the appearance of

23      defendant as required.

24   IT IS ORDERED that Defendant's Application is denied and that

25 defendant be detained prior to trial.

26   IT IS FURTHER ORDERED that defendant be committed to the custody

27 of the Attorney General for confinement to a corrections facility

28

separate, to the extent practicable, from persons awaiting or serving sentences or persons held in custody pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with defendant's counsel.

IT IS FURTHER ORDERED that, on Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 1/27/09

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

4